UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL CASE NO. 3:09-CR-70 |
| ) | JUDGES PHILLIPS/GUYTON |
| TERRENCE LAQUINCY WATSON ) | |

**O R D E R**

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Chief Jailer, Knox County Detention Facility, 5400 Maloneyville Road, Knoxville, Tennessee, to bring Terrence LaQuincy Watson before this Court at Knoxville, Tennessee, on the 30th day of June, 2009, at 9:30 a.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Chief Jailer, Knox County Detention Facility, Knoxville, Tennessee.

And it is further ordered that in the event the Chief Jailer, Knox County Detention Facility, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Terrence LaQuincy Watson into his custody and transport him to and from said Knox County Detention Facility, Knoxville, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

s/ H. Bruce Guyton
United States Magistrate Judge