IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-70 |
| | ) | (PHILLIPS/GUYTON) |
| TERRENCE LAQUINCY WATSON, | ) | |
| RUDOLPH VALENTINE CAMPBELL, III, | ) | |
| and DEMETRIUS GILMORE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendants' Joint Motion to Extend Motion Cut-off Deadline [Doc. 24], filed on July 29, 2009. Defense counsel for Defendant Watson asks that his July 29, 2009 motion-filing deadline be extended fourteen days to August 12, 2009. He states that he is still investigating the case and reviewing discovery, including a lengthy video, and that he needs more time to consult with his client regarding pretrial motions. Counsel for Mr. Watson reports that counsel for Defendants Campbell and Gilmore join in the motion for the reasons stated. He also states that the government does not oppose the requested extension.

Because the defendants have shown good cause for an extension, the Court **GRANTS** their Joint Motion to Extend Motion Cut-off Deadline [**Doc. 24**]. The parties have until **August 12, 2009**, to file any motions in this case. The Court notes that a reciprocal extension of the August 12

1

response deadline would give the government insufficient time to file responses before the pretrial conference on **August 17, 2009, at 11:00 a.m.** Accordingly, the Court will not reset the response deadline at this time, but if any motions are filed, the Court will set a new response deadline and take up the matter of the August 26, 2009 trial date at the pretrial conference.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge